IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GOLDIE BROWN, et al.,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **C.R. BARD, INC., et al.,** | : | |
| Defendants. | : | NO. 12-5324 |

## ORDER

**AND NOW**, this 26th day of April, 2013, upon consideration of Plaintiffs' Motion to Remand this case to state court (Doc. No. 3), and all responses thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that the Defendants shall file a responsive pleading to the Plaintiffs' complaint by no later than Friday, May 10, 2013.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
United States District Judge

1